760 A.2d 367

**COMMONWEALTH of Pennsylvania, Respondent,**

**v.**

**John LUDOVICI, Petitioner.**

Supreme Court of Pennsylvania.

Sept. 27, 2000.

## *ORDER*

**PER CURIAM:**

**AND NOW,** this 27th day of September, 2000, the Petition for Allowance of Appeal is hereby **GRANTED,** and the order of the Superior Court is **REVERSED** on the basis of *Commonwealth v. Randolph*, 553 Pa. 224, 718 A.2d 1242 (1998) and *Commonwealth v. Forbes*, 450 Pa. 185, 299 A.2d 268 (1973),

292

and the matter remanded to the trial court for the entry of an order granting Petitioner's Motion to withdraw his guilty plea.